```
James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail   : jkw@bwclawyers.com

Lawyers for State Farm Fire
   and Casualty Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| MEREDITH McDANIEL-STROH ) <br> ) <br>       Plaintiff, ) <br> ) <br>  vs. ) <br> ) <br> STATE FARM FIRE AND ) <br> CASUALTY COMPANY, ) <br> ) <br>       Defendant. ) <br> _____) | Case No. 3:10-cv-_____-___ <br><br><br><br><br> **NOTICE OF REMOVAL** |

TO: The United States District Court for the District of Alaska
    Gregory J. Grebe

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant State Farm Fire and Casualty Company ("State Farm") has this day filed in the United States District Court for the District of Alaska this Notice of Removal to the United States District Court of the action brought by Meredith McDaniel-Stroh in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-10-5966 Civil. You are also notified that Defendant State Farm has filed a copy

of this notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court (attached and incorporated as Exhibit A).

The ground for removal is diversity of citizenship. 28 U.S.C. §§ 1332, 1441.

Plaintiff seeks compensatory and punitive damages in excess of $75,000. (See Complaint, attached and incorporated as Exhibit B.) Thus, the requirement that the amount in controversy exceed the sum of $75,000, exclusive of interest and costs, is satisfied. 28 U.S.C. § 1332(a).

Based on the above, this Court has original jurisdiction over this action, and Defendant State Farm is entitled to remove this action to this Court from the Superior Court for the State of Alaska. 28 U.S.C. §§ 1332, 1441, 1446.

DATED at Anchorage, Alaska, this 4th day of May, 2010.

                                BLISS, WILKENS & CLAYTON
                                Lawyers for State Farm

                                By:  s/James K. Wilkens
                                        500 L Street, Suite 200
                                        Anchorage, AK 99501
                                        Telephone:  (907) 276-2999
                                        Facsimile:  (907) 276-2956
                                        E-mail   :  jkw@bwclawyers.com
                                        ABA No.  :  8408071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2010, a copy of the foregoing document was served electronically on:

Gregory J. Grebe
Law Offices of Gregory J. Grebe
1400 W. Benson Blvd., Suite 120
Anchorage, AK 99503

s/James K. Wilkens

N:\JAW\957-331\PLDNGS\Removal.USDC.Ntc.doc