IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MEREDITH McDANIEL-STROH     )
                             )
            Plaintiff,       )
v.                           )    COPY
                             )    Original Received
STATE FARM FIRE              )    MAR 18 2010
AND CASUALTY COMPANY,        )
                             )    Clerk of the Trial Courts
            Defendant.       )
_____)    Case No. 3AN-10-5966 CI

## COMPLAINT

COMES NOW Plaintiff, MEREDITH McDANIEL-STROH, by and through her attorney, Gregory J. Grebe, and for the cause of action alleges as follows:

I.

Plaintiff, Meredith McDaniel-Stroh, is a resident of Alaska.

II.

That on or about December 22, 2008 plaintiff, Meredith McDaniel-Stroh was westbound on Dimond near the Seward Highway when she was rear ended by an unknown vehicle.

III.

But the driver of the unknown vehicle that hit Meredith McDonald-Stroh was negligent in failing to stop, swerve or otherwise avoid plowing into the back of Plaintiff's

GREGORY J. GREBE
ATTORNEY AT LAW
1444 WEST DIMOND BOULEVARD
SUITE 105
ANCHORAGE, ALASKA 99515
PHONE: (907) 277-4877
FACSIMILE: (907) 274-6876

Plaintiff's Complaint
McDaniel-Stroh vs. State Farm                                    Page 1 of 4

EXHIBIT B
PG 1 OF 4

vehicle.

## IV.

That the driver of the unknown vehicle, contrary to law, fled the scene to avoid detection.

## V.

That the driver of the unknown vehicle that struck Plaintiff was careless, reckless, and recklessly indifferent to whether he had injured anyone and the driver made a consious decision to violate the law by fleeing the scene of an injury accident.

## VI.

That the Plaintiff would be entitled to compensatory damages and punitive damages against the adverse and unknown driver if that driver could be located.

## VII.

The unknown driver mentioned above has not been located.

## VIII.

Under Plaintiff's own insurance policy with Defendant State Farm Fire and Casualty Company (hereinafter State Farm) Plaintiff has a valid uninsured motorist claim.

## IX.

That even though Plaintiff has a valid uninsured motorist claim State Farm has not offered to settle this uninsured motorist claim.

## X.

That the State Farm policy specifically requires Plaintiff to file suit to enforce per

GREGORY J. GREBE
ATTORNEY AT LAW
1400 WEST BENSON
BOULEVARD
SUITE 120
ANCHORAGE, ALASKA
99503
PHONE: (907) 277-0877
FACSIMILE: (907) 274-8870
email.ggrebe@alaska.com

Plaintiff's Complaint
McDaniel-Strob vs. State Farm
EXHIBIT B
PG 2 OF 4
Page 2 of 4

Case 3:10-cv-00088-JWS   Document 1-2   Filed 05/04/10   Page 2 of 4

policy provisions.

## XI.

That State Farm has negligently failed to adjust or assess this case and offer a reasonable settlement. That State Farm handling of this case includes negligent handling or adjustment of the claim and may include violations of the covenant of good faith and fair dealing.

## XII.

State Farm has breached their contract of insurance.

## XIII.

That Plaintiff seeks enforcement of the insurance contract with State Farm which would include all damages that Plaintiff would be entitled to from the uninsured driver (compensatory and punitive) as well as any other general, consequential or other damages against State Farm for their negligent handling of this case or breach of the duty of good faith and fair dealing.

WHEREFORE, Plaintiff seeks damages in an amount to be named at trial but in excess of $100,000.

Plaintiff also seeks punitive damages as part of what she would of been entitled to from the uninsured and unknown driver and also see punitive damages from State Farm for their handling of this claim.

GREGORY J. GREBE
ATTORNEY AT LAW

Plaintiff's Complaint
McDaniel-Stroh vs. State Farm

EXHIBIT B
PG 3 OF 4

Page 3 of 4

Case 3:10-cv-00088-JWS   Document 1-2   Filed 05/04/10   Page 3 of 4

DATED this 18th day of March, 2010, at Anchorage, Alaska.

LAW OFFICES OF GREGORY J. GREBE
Attorney for Plaintiff

_____
Gregory J. Grebe
Alaska Bar #7710125

GREGORY J. GREBE
ATTORNEY AT LAW

WEST BENSON BOULEVARD
SUITE 1
ANCHORAGE, ALASKA 99503
PHONE (907) 277-4977
FACSIMILE (907) 277-4979

Plaintiff's Complaint
McDaniel-Stroh vs. State Farm

EXHIBIT B
PG 4 OF 4

Page 4 of 4