**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

MERIDITH MCDANIEL-STROH,
    Plaintiff,

Case Number 3:10-cv-00088-JWS

v.

STATE FARM FIRE AND CASUALTY COMPANY,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

that Plaintiff Meredith McDaniel-Stroh, recover of defendant State Farm Fire and Casualty Company, the sum of $11,000.00, exclusive of prejudgment interest, attorney fees and costs.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: November 16, 2010

                            MARVEL HANSBRAUGH
                            Marvel Hansbraugh,
                            Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]